

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00227-CV

**BEXAR APPRAISAL DISTRICT,**
Appellant

v.

**SIVAGE INVESTMENTS, LTD**. and Sivage Community Development, Inc,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04570
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

    The Appellant's Unopposed Motion for Extension of Time to File Reply Brief is GRANTED.   The appellant's reply brief is due on September 29, 2014.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court